UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THOMAS HARRISON                                                                                    PETITIONER

V.                                                             CIVIL ACTION NO. 3:20-CV-295-DPJ-FKB

WARDEN VEREEN                                                                                  RESPONDENT

ORDER

Petitioner Thomas Harrison, a federal inmate, brought an action pursuant to 28 U.S.C. § 2241 against Defendant Warden Vereen to challenge a prison disciplinary proceeding in which he lost good-conduct time.  Pet. [1].  Warden Vereen filed a motion to dismiss, or in the alternative, motion for summary judgment [11] on Harrison's claims.  Mot. [11].  United States Magistrate Judge F. Keith Ball issued a Report and Recommendation [16] on this motion, recommending that the Court grant it and dismiss Harrison's claims with prejudice.  R&R [16] at 6.

Harrison had until May 26, 2021, to object to Judge Ball's recommendation, but he did not file an objection, and the time for him to do so has passed.  Accordingly, the Court finds Judge Ball's Report and Recommendation [16] should be adopted as the Court's opinion for the reasons stated in the Report and Recommendation and because Harrison did not object.  Warden Vereen's motion to dismiss, or in the alternative, motion for summary judgment [11] is therefore granted, and Harrison's claims are dismissed with prejudice.  A separate judgment will be entered under Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 8th day of June, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE